JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS CALDERON, | Case No. CV 11-2406-MMM (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARTIN BITER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

Dated: March 31, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE